**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Nancy Mary P. Reyes CASTRO, Defendant—Appellant.**

No. 06–10260.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007 *.

Filed Aug. 20, 2007.

USHA—Office of the U.S. Attorney, Hagatna, GU, for Plaintiff–Appellee.

Teker Torres & Teker, P.C., Hagatna, GU, for Defendant–Appellant.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Nancy Mary P. Reyes Castro appeals from the 78–month sentence imposed following her guilty-plea conviction for illegal possession of a firearm, in violation of 18 U.S.C. § 922(g), and distribution of at least 50 grams of methamphetamine, in violation of 21 U.S.C. § 841(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

** This *disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.*

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.

After reviewing the record, we cannot say that the district court clearly erred when it denied appellant relief under the safety valve. *See United States v. Ajugwo,* 82 F.3d 925, 929 (9th Cir.1996) (reviewing denial of safety-valve relief for clear error). To the extent the district court should have specifically addressed the safety-valve criteria on the record at the sentencing hearing, *see* Fed.R.Crim.P. 32(i)(3)(B), we find no plain error in its failure to do so. That failure did not affect appellant's substantial rights inasmuch as she received a sentence below the 10–year mandatory minimum sentence applicable to her crime. *See* Fed.R.Crim.P. 52(b) (stating that claims not raised in the district court cannot lead to reversal on appeal unless they affect the defendant's substantial rights); *cf. also United States v. Benz,* 472 F.3d 657, 661–62 (9th Cir.2006) (holding that error relating to the mandatory minimum affects a defendant's substantial rights).

**AFFIRMED.**